# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Jerry Lee Lewis #B-20581, )
)
         Plaintiff )
)
      vs. )       Case No. _____
)      (The case number will be assigned by the clerk)
Ms. Michelle Olson )
Mr. Dan Fry )
Mr. Kirk #11041 )
Banta #13488 )
_____ )
_____ )
_____ )
_____, )
)
         Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[☒] 42 U.S.C. §1983 (state, county or municipal defendants)

[☐] Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

[☐] Other federal law: _____

[☐] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ~~[redacted]~~ Jerry Lee Lewis

Prison Identification Number: #B-20581

Current address: Illinois River; Correctional Center
P.O. Box #999, Canton Illinois, 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Michelle Olson;

Current Job Title: Law Librarian;

Current Work Address: Western Illinois, Correctional Center;
2500 Route #99 South MT. Sterling, Illinois 62353

Defendant #2:

Full Name: Correctional Counselor; Dan Fry

Current Job Title: House #3, Counselor

Current Work Address: Western Illinois, Correctional Center;
2500 Route #99 South, MT. Sterling Illinois 62353

Defendant #3:

Full Name: prison official Kirk #11041

Current Job Title: prison official, House #3 wing officer

2

Current Work Address <u>Western Illinois Correctional Center</u>
<u>2500 Route #99 Mt. Sterling Illinois 62353</u>

Defendant #4:

   Full Name: <u>Official BANTA #13488</u>

   Current Job Title: <u>Employed At western Illinois C.C.</u>

   Current Work Address <u>House three wing officer</u>
   Official BANTA #13488, Entered my APT, #32, To shake down, But only
   taken my filed grievance, on official BuTler; for sexual Harassment
   Plus a copy I had on michelle olson, that I had to rewrite
Defendant #5: This theft taken place, 9/28/17, At 7:30 Am, my shake down slip
   says None Found,

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

_For additional defendants, provide the information in the same format as above on a separate page._

## III. LITIGATION HISTORY

   The "three strikes rule" bars a prisoner from bringing a civil action or appeal _in forma pauperis_ in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe <u>These are the first parties whom stolen my filed grievances</u>
<u>which caused michelle olson to Retaliate, plus violate my Due Process Clause</u>

B. Have you brought any other lawsuits in federal court while incarcerated?
Yes ☒     No ☐ <u>Denial of Indigent Supplies, Hygiene Items</u>
<u>Condition of my Confinement.</u>
<u>Denial of cleaning supplies, going Seven months without hot</u>
<u>water — Infected Bugs — spiders, Flies</u>

C. If your answer to B is yes, how many? <u>I</u>   Describe the lawsuit(s) below. <u>In dieTary And</u>
<u>Housing units</u>

3

1. Name of Case, Court and Docket Number Lewis vs. unknown party To Lewis vs. Watson Condition of Confinement     3:17-CU-03175-CSB

2. Basic claim made Condition of Confinement 3:17

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Still pending

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒  No ☐  I Lewis #B20581 File a grievance, but they are lost stolen or misplace, By those Listed in this Complaint

If your answer is no, explain why not I was transferred to Illinois River Correctional Center, To Hinder my Complaint

C. Is the grievance process completed?  Yes ☐  No ☒ None of my filed grievances been Returned, warden watson, been named as being Responsible, of my Complaint on, my Condition of Confinement, Law Librarian, michelle olson violation of obstruction to access to the Court.
2. violation of Title 40 1986 Inadequat Law Librarian
3. obstruction of Due Process, Exhaustion of, of the Administrative Remedy michelle olson, Deliberately And Intentionally Destroyed my Chances of going back to Court on a post Conviction of my state case, She made copies of the same pages.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

#1.

Date(s) of the occurrence I Lewis #B-20581 Filed my first two grievances

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

July 6, 2017 and July 9th-2017, Condition of my confinement, was stolen by prison official Kirk #11041, I Lewis, described official Kirk #11041, who picked up my filed grievances, to some officers who also I.D. my description of being mr. Kirk #11041, I Lewis #B-20581, confronted, mr. Kirk who volunteered, his bage. Number; as thoe I was seeing double and couldn't pick him out of a line up.)

#2.
All my other grievances, has been, taken And stolen by Counselor Dan Fry, who upon 7-13-17, 7-17-17 sent me, a memo, saying that he only received one grievance, Dated the same as my Request, still Not Answered And Not Re.Turned, Eleven days Later: 7-28-17, Dan Fry sent me another memo, stating that I Lewis #B-20581 were living in an Fairy Tale, That I wasn't his client because I'm not paying him that he work for the state of Illinois, Further: He didn't know that running out of grievances, Request slips, money voucher In the housing unit is a crime.

#3.
When I Lewis #B-20581 filed my second grievances upon michelle olson, she had already gotten wind of the first one, 7-21-17, After Receiving a call pass At Approximately 8:30 Am this is when michelle olson, violated my Due process.

#4.
upon, 7-21-17, Because I filed an grievance Against michelle olson I was denied, legal materials, Inmate law clerks who comes to

cell houses to assist me, when I submit Ms. Olson a Request in writing counselor Dan Fry, Did nothing to assist me, In any thing, The only Reason, he put me in for Transfer, was because of my Law Sute Dan Fry never did cell House Calls, he never Referred Some one to Assist me)... my Teacher, Mrs. young wasn't allowed to assist prisoners.)

#5.
Mrs. young even attempt to put me, In for Reading classes but I Lewis #B-20581 was denied them, until my Transfer, To Illinois River Correctional Center; my Request slips And Call passes, was denied to stop-slowdown plus Hinder my legal obligations Michelle Olson; Refuses to Assist prisoners, plus I don't think she Knew how, to help prisoners look up case statutes, Also the law books have pages torn out plus western Illinois, Correctional Center; law librarian, michelle olson, Didn't have the proper legal forms, for myself, plus other prisoner's Request, It taken Michelle Olson, Approximately 2 1/2 months to provide me, with legal Documents Like, *1. Illinois post-Conviction petitions *2 Motion for Speedy Trial And Quash warrant, *3. A document named, motion for Trial Transcripts, and Common law Records All three of these motions only contain, 11 or 12 pages, michelle olson Law librarian, made copies of 27, July 21st 2017, Charging me $2.70 Cent.)

#6.
Did I Lewis #B-20581, stated that, all this abuse taken place At western Illinois, Correctional Center, mount sterling, where All named parties, Are employed)

#7.
mount Sterling Correctional Center; Grievances Committee, Mrs. Tara Goins, Also in Conspiracy with unprofessional law librarian michelle olson, Date Received: August 25, 2017, Date Reviewed September 5th 2017, I Lewis #B-20581, Received a document in that I don't

Believe, Came from, Spring Field ARB). Date: 10/23/17

Jerry Lewis # B-20581
Offend
Name            Register #

This is in Response to your grievance received on 10/13/17
your Issue Regarding: Grievance dated: 7/21/17 Grievance Number:
17-0692ᴱ Griev loc: WIL

☒ other ms olson, legal Copies

Based on a review of all available information, this office has
determined your grievance to be 7/21/17

☒ Denied, this office finds the Issue was appropriately Addressed
by the facility Administration.)

For the Board: Sarah Johnson... Administrative Review Board
Concurred: John R. Baldwin, Acting Director:
CC: Warden, WIL Correctional Center
J. Lewis, Register No. B-20581

#8.
Through out my Incarceration, Since march 23rd, 1992, I Lewis
have never witness, Springfield ARB, Never Answering my Complaint
upon such document, Nor not explaining why they sided with
Administration.)

michelle olson, legal opinion, was that I go purches my pens And paper
off Commissary, find my own book And hand write my own Copies
Because it wasen't her problem that I was in prison
I believe, that michelle olson should be held liable for all
Injuries - Abuse, Deprivation of all my Rights - Privileges And Immunities
Hindering my access to state Court, She shall be held liable, for every
Day I am Incarcerated, Pain-Suffering And Stress, The $35,000 dollars
American Taxes Payers paid to house me, And was denied Basic Hygiene
Indigent Items, Legal material, michelle olson, de Privation, hinder my access
To state Court,
my Request is $50,000 And

RELIEF REQUESTED And $50,000 for Attorney fee
a Year of suffering

$35,000 (State what relief you want from the court.)

$85,000
50,000
135,000 Total

7

_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND       Yes ☐     No ☐

Signed this _____ day of _____, 20____.

*Jerry Lee Lewis*
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jerry Lee Lewis *Jerry Lee Lewis* Address: Illinois River, C.C. P.O. Box #999 Canton Illinois, 61520 | #B-20581 |
|  | Telephone Number: (309) 647-7030 TDD: (800) 526-0844 |

8