# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY LEE LEWIS, #B-20581, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 18-3052-SEM-TSH |
| | ) |
| MICHELLE OLSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES the Defendant, MICHELLE OLSON, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and for her Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 1], states as follows:

### Statement of Claim[1]

1.　　In retaliation for Plaintiff's grievances against Defendant, Defendant interfered with Plaintiff's ability to access legal materials and either refused or was unable to help Plaintiff with his legal research. Defendant Olson did not have complete books of statutes or the proper legal forms Plaintiff needed to pursue post-conviction relief.

**ANSWER:**  Defendant denies retaliating against Plaintiff. Defendant denies interfering with Plaintiff's ability to access legal materials. Defendant denies refusing to help Plaintiff with legal research. Defendant denies she was unable to help Plaintiff with his legal research. Defendant denies the library did not have complete books of statutes Plaintiff needed to pursue post-conviction relief. Defendant denies the library did not have the proper legal forms Plaintiff

---

[1] Pursuant to local rule 16.3, and *CDIL-LR 16.3*, the claims and issues will be limited to those identified in the merit review order [Doc. 10].

needed to pursue post-conviction relief. Defendant denies violating Plaintiff's constitutional rights whatsoever.

### Relief Requested

1. Defendant denies Plaintiff is entitled to any monetary damages.

2. Defendant denies Plaintiff is entitled to any relief whatsoever.

### Jury Demand

Defendant demands a trial by jury.

### Affirmative Defenses

1. **Qualified Immunity**

At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

2. *Heck v. Humphrey*

Plaintiff is barred from seeking damages in a civil rights suit if the judgment would imply the invalidity of his conviction or sentence. *Heck v. Humphrey*, 512 U.S. 477, 487 (1994); *see also Nance v. Vieregge*, 147 F.3d 589 (7th Cir. 1998) ("... Nance does not protest an ongoing hindrance or contend that another deprivation of legal materials is likely... a prisoner in Nance's position must have the judgment annulled before damages are available for wrongful imprisonment.")

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court deny Plaintiff any relief in this matter whatsoever.

                                                    Respectfully submitted,

                                                    MICHELLE OLSON,

                                                    Defendant,

| | |
|---|---|
| R. Kolton Ray, #6327476 | LISA MADIGAN, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, IL 62701 | Attorney for Defendant, |
| (217) 557-0261 Phone | |
| (217) 524-5091 Fax | By: s/ R. Kolton Ray |
| Email: RRay@atg.state.il.us | R. Kolton Ray |
| | Assistant Attorney General |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY LEE LEWIS, #B-20581, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 18-3052-SEM-TSH |
| | ) |
| MICHELLE OLSON, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

Jerry Lee Lewis, #B-20581
Illinois River Correctional Center
Inmate Mail/Parcels
1300 W. Locust
PO Box 999
Canton, IL  61520

Respectfully submitted,

/s/R. Kolton Ray
R. Kolton Ray #6327476
Assistant Attorney General
500 South Second Street
Springfield, IL  62701
Phone: (217) 557-0261
Fax: (217) 524-5091
E-Mail: RRay@atg.state.il.us